M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 JAN 23 A 9:40

_William Lanier Ellis_
Full name and prison name of
Plaintiff(s)

v.

_Tommy Boswell_

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:08CV55-WKW
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:
       Plaintiff(s) (~~Dr. Spud Warr~~ strike) William L Ellis

       Defendant(s) _Dr. Spud Warr, Tina Riley Pelfrey, Danny Bussey, Loetta Holland_

    2. Court (if federal court, name the district; if state court, name the county)
       _US Middle District Court of Alabama, Eastern division, Russell County._

3. Docket number _____

4. Name of judge to whom case was assigned _Susan Russ Walker_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _still pending_

6. Approximate date of filing lawsuit _10/16/07_

7. Approximate date of disposition _Unknown_

II. PLACE OF PRESENT CONFINEMENT _Prentiss L Griffith Detention facility_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Prentiss L Griffith Detention facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. _Tommy Boswell_                    _307 Prentiss Dr. Phenix City Al. 36868_
2. _____                    _____
3. _____                    _____
4. _____                    _____
5. _____                    _____
6. _____                    _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _3-9-07 to and including 11-20-07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Allowing the medical staff to contort the available and practical remedies available to my health and mental health. Neglect for dental and optical._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Violation of the Community Corrections ACT and punishment act Title 15, Chapter 18 Article 9 Code of alabama 1975, ACT No. 2003-353. Effective 7-30-03. this act ensures accountability to encourage Growth of local community Corrections. Governor Bob Rileys staff implemented this act to help those in need. working with the Dept of mental health. Violation of the 8th Amendment

GROUND TWO: Cruel and unusual punishment. No recreation time is allowed

SUPPORTING FACTS: I've been incarcerated for almost 11 months and have not been allowed to go outside to exersice or get fresh air for over 330 days.

GROUND THREE: Dental neglect, I Came to this facility with no dental problems. Now I have at least 4 surface Cavitys from no flossing

SUPPORTING FACTS: I was admitted with no damage to my adult permanent teeth now my teeth are ruined from no flossing. they are only surface Cavitys and will get worse. My permanant teeth are ruined forever.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like this Court to make the defendant address these claims address my pain issues as a serious medical problem. Compensate me for the suffering and pain I've had to endure. Repair my teeth not pull them and address my optical needs. plus provide provisional recreation time. that they be reported to the Board of adjustments, office for Civil rights, and Dept. of Corrections

William L Ellis Sr
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-20-08 
               (Date)

William L Ellis Sr
Signature of plaintiff(s)

# GROUND ONE

## FACTS

RECEIVED
2008 JAN 23 A 9:40
U.S. DISTRICT COURT
MIDDLE DISTRICT

Tommy Boswell is the Contractor of the Medical Doctor on staff. Therefore he is responsible for his "Sub Contractor" to this facility. His Sub Contracted physician to this facility has made me suffer long and hard.

I have been refused the use of stronger pain medication by Dr. wass. Due to policy. Fact is it is written no where its not a state law nor is it prohibited otherwise. Furthermore Tommy Boswell promotes such activity. Concluding it can only be Tommy Boswell's policy that Dictates medical.

I'm in need of intensive mental health therapy and only a minute effort is put to and for mental health. The Jail Doctor even Dictates what medications im allowed to recieve from another Dr.

Upon entering the facility, the plaintiff indicated on the "intake medical assesment sheet", that he did infact wear prescription eye glasses. To date im still in need of glasses.

C/o William Ellis
Russel County Jail
P.O. Box 640
Phenix City AL
36868

MONTGOMERY AL
PM
22 JAN 2008

USA 41

Office Of The Clerk
P.O. Box 711 Montgomery al 36101

36101+0711-11 B007