| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Gary RCSO %o20_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  Gary RCSO %o20  C. Date of Delivery 1-28-08<br>ress different from item 1? ☐ Yes<br>elivery address below: ☐ No |

1

Tommy Boswell
RUSSELL COUNTY JAIL
P O Box 640
Phenix City, AL 36868

08CW55 cmp+OP

| | |
|---|---|
| | ☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)     7007 1490 0000 0026 5711

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540