IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__EASTERN_____ DIVISION

WILLIAM LANIER ELLIS, SR.,

    Plaintiff,

v.

TOMMY BOSWELL,

    Defendants,

CASE NO. 3:08-cv-55-WKW-SRW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Tommy Boswell_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

3/6/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

**Tommy Boswell**
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __6th__ day of __March__ 20_08_ to:

William Lanier Ellis, Sr.

c/o Russell County Jail

Post Office Box 640

Phenix City, Alabama  36868

_____

_____

3/6/2008
Date

Signature