IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-55-WKW-SRW |
| | ) |
| TOMMY BOSWELL, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

>**s/Jamie K. Hill**
>Jamie K. Hill Bar No. HIL060
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive (36117)
>Post Office Box 240909
>Montgomery, Alabama 36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>E-mail: jhill@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                         **s/Jamie K. Hill**
                                         OF COUNSEL