## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:08-cv-55-WKW-SRW |
| TOMMY BOSWELL, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Russell County Sheriff, Tommy Boswell, Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendant Russell County Sheriff, Tommy Boswell, contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Russell County Sheriff, Tommy Boswell.

Respectfully submitted this the 30th day of May, 2008.

> s/Joseph L. Hubbard, Jr.
> JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
> WEBB & ELEY, P.C.
> Post Office Box 238
> Montgomery, Alabama  36101-0238
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 30th day of May, 2008, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                                              **s/Joseph L. Hubbard, Jr.**
                                                              OF COUNSEL

Case 3:08-cv-00055-WKW-SRW    Document 14    Filed 05/30/2008    Page 2 of 2