IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08-CV-55-WKW |
| ) | |
| TOMMY BOSWELL, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendant filed by Joseph L. Hubbard, Jr. on May 30, 2008 (Court Doc. No. 14), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE