**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 4, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** William Lanier Ellis, Sr. **v.** Tommy Boswell
**Case Number:** 3:08-cv-55-WKW

**Pleading : #13 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/30/2008 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM LANIER ELLIS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-55-WKW-SRW |
| | ) |
| TOMMY BOSWELL, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                        **s/Jamie K. Hill**
                                        Jamie K. Hill Bar No. HIL060
                                        Attorneys for Defendants
                                        WEBB & ELEY, P.C.
                                        7475 Halcyon Pointe Drive (36117)
                                        Post Office Box 240909
                                        Montgomery, Alabama 36124
                                        Telephone: (334) 262-1850
                                        Fax: (334) 262-1889
                                        E-mail: jhill@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

William Lanier Ellis, Sr.
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                **s/Jamie K. Hill**
                OF COUNSEL